# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2788
_____

HAEJOO THOMAS, Former Wife,

Appellant,

v.

PAUL DAVID THOMAS, Former
Husband,

Appellee.

_____


On appeal from the Circuit Court for Santa Rosa County.
Darlene Fallon Dickey, Judge.


October 13, 2025

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Bradley George Johnson of Bradley G. Johnson, P.A., Milton, for Appellant.

Carlos Cabral of Law Offices of Travis R. Walker, P.A., Stuart, for Appellee.